IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DAVID E. NICKLAS**                                                                                          **PLAINTIFF**

**V.**                                            **CASE NO. 5:21-CV-5099**

**KYLE SYLVESTER, Circuit Clerk,**
**Washington County, Arkansas**                                                                    **DEFENDANT**

## ORDER

Now before the Court is the Report and Recommendation ("R&R") (Doc. 9) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.  Defendant filed a Motion to Dismiss (Doc. 5), arguing that the Complaint failed to invoke any basis for federal subject matter jurisdiction and did not state claims upon which relief could be granted.  The R&R advised the Court to grant Defendant's Motion and dismiss the case.  On October 12, 2021, Plaintiff filed an Objection (Doc. 10) to the R&R, claiming—without citing to any law—that his case "cannot be dismissed" and that jurisdiction is proper in this Court.

In response to the Objection, the Court conducted a *de novo* review of the record. *See* 28 U.S.C. § 636(b)(1)(C).  The R&R is correct:  No basis for federal jurisdiction is stated in the Complaint, and dismissal is appropriate.

**IT IS THEREFORE ORDERED** that the R&R (Doc. 9) is **ADOPTED IN ITS ENTIRETY**, Defendant's Motion to Dismiss (Doc. 5) is **GRANTED**, and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the R&R..

**IT IS SO ORDERED** on this 27th day of October, 2021.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE